THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, *v.* FEDERAL BANK OF NEW YORK, Defendant.
In the Matter of the Accounting of LEO SCHLESINGER, as Receiver of the FEDERAL BANK OF THE CITY OF NEW YORK, Respondent.

LUDWIG LEHMAIER, Appellant.

*People* v. *Federal Bank of New York*, 133 App. Div. 890, affirmed.
(Submitted October 7, 1909; decided October 26, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 11, 1909, which affirmed an order of Special Term settling the accounts of the receiver herein.

*Maxwell C. Katz* for appellant.

*George W. Glaze* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.